Form 161 – ntcsatlcon

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 07–10121–MS
Chapter: 7
Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paulette Krelman
  43 Hampshire Drive
  Mendham, NJ 07945
Social Security No.:
  xxx–xx–1576
Employer's Tax I.D. No.:

---

## NOTICE OF PROPOSED SETTLEMENT OF CONTROVERSY

Jeffrey Lester, Trustee in the above captioned case, proposes to settle an action, the nature of which is described below.

If any creditor or other party in interest has an objection to the settlement, the objection and a request for a hearing on such objection shall be in writing, served upon the person named below and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the person named below no later than June 30, 2008.

In the event an objection is timely filed a hearing thereon will be held before the Honorable Morris Stern on:

DATE:          7/7/08
TIME:          12:00PM
COURTROOM:     3A

If no objection is filed with the Clerk and served upon the person named below on or before June 30, 2008, the settlement will be consummated as proposed on or after the fifth day following the last day to file objections.

The nature of the action and the terms of the settlement are as follows:

Nature of the Action:

Trustee has claim against debtor for delivery of value of property in excess of allowed exemptions. Property at issue is debtor?s interest in the Paulette Krelman Trust which has an estimated value value of about $800,000.

Terms of the Settlement:

Trustee will receive the sum of $540,000
in full consideration of the claim.
Trustee will not raise an objection to
claimed exemption in the Trust nor object
to discharge. Further, Creditors JP Chase
Morgan Chase Bank and Merrill Lynch
Business Financial Services agree not
to raise any objection to claimed
exemption in the trust nor object to
discharge or dischrageability of the
obligations owed to them. Remedies upon
default are set forth in a separate
agreement among that parties.

Requests for information about the nature of the action or the terms of the settlement should be directed to the
Trustee at:
Jeffrey Lester
Braverman & Lester
374 Main St.
Hackensack, NJ 07601−5897
(201) 487−5544

or the trustee's attorney (if applicable) at:
Jeffrey Lester
Braverman & Lester
374 Main St.
Hackensack, NJ 07601−5897
(201) 487−5544

Dated: June 10, 2008
JJW:

James J. Waldron
Clerk

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0312-2          User: rhernand          Page 1 of 1          Date Rcvd: Jun 10, 2008
Case: 07-10121               Form ID: 161             Total Served: 26
```

```
The following entities were served by first class mail on Jun 12, 2008.
db          +Paulette Krelman,   43 Hampshire Drive,   Mendham, NJ 07945-2003
aty          Braverman & Lester,   Braverman & Lester,   374 Main St.,   Hackensack, NJ 07601-5897
aty          Randall M Lending,   Vedder Price, PC,   222 Noth Lasalle Street,   Chicago, Il 60601
smg          U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
acc         +BVA Consulting Group,   21-00 Route 208 South,   Fair Lawn, NJ 07410-2602
intp         Benjamin A Stanziale, Jr,   Stanziale & Stanziale, P.C.,   91 Main Street,
              West Orange, NJ  07052-5403
cr          +JPMorgan Chase Bank, N.A.,   c/o Herrick, Feinstein LLP,   One Gateway Center,
              Attn: John M. August,   Newark, NJ 07102-5310
507964792   +Abimco USA, Inc.,   43 Hampshire Drive,   Mendham, NJ 07945-2003
507964794   +Arthur Kupperman,   43 Hampshire Drive,   Mendham, NJ 07945-2003
507964796   +Bank of America,   Bank of America Corporate Center,   100 North Tryon Street,
              Charlotte, NC 28255-0001
507993934   +Benjamin A. Stanziale, Jr., Trustee for PITTRA GB,   C/O Stanziale & Stanziale, PC,
              91 Main Street,   West Orange, NJ 07052-5403
508154693   +E. Ross Browne,   27 Waterford Drive,   Montville, NJ 07045-9190
507978963   +Frederick B. Polak, Esq.,   Post, Polak, Goodsell, MacNeill & Strauc,
              425 Eagle Rock Avenue, Ste. 200,   Roseland, NJ 07068-1777
507964797   +JCP&L,   PO Box 3687, A-GO-18,   Akron, OH 44309-3687
507964798   +JP Morgan Chase, NA,   Attn.:  John M. August, Esq.,   Herrick, Feinstein LLP,
              One Gateway Center,   Newark, NJ 07102-5310
508150123   +JPMorgan Chase Bank, N.A.,   c/o Herrick, Feinstein LLP,   One Gateway Center,
              Newark, New Jersey 07102-5310,   Attn: John M. August, Esq.
508047639   +Jersey Central Power & Light,   331 Newman Springs Rd,   Building 3,   Red Bank, NJ 07701-5688
507964799   +Merrill Lynch Bus. Fin. Servs., Inc.,   Attn.: George R. Hirsch, Esq.,
              Bressler Amery & Ross,PC,   325 Columbia Turnpike,   Florham Park, NJ 07932-1235
507964800   +Merrill Lynch Business Financial,   Services, Inc.,   222 North LaSalle Street, 17th Floor,
              Chicago, IL 60601-1101
507964801    New Jersey American Water,   PO Box 371331,   Pittsburgh, PA 15250-7331
507964802   +PGB International, LLC,   Attn.: A. Michael Covino, Esq.,   Budd Larner,   150 JFK Parkway,
              Short Hills, NJ 07078-2776
507964806   +PSE&G,   PO Box 14444,   New Brunswick, NJ 08906-4444
507964807    Ross Browne,   Attn.: Vincent F. Papalia, Esq.,   Saiber Schlesinger Satz & Goldstein,LLC,
              Gateway 1, 13th Floor,   Newark, NJ 07102
507964810   +Wells Fargo,   420 Montgomery Street,   San Francisco, CA 94104-1298

The following entities were served by electronic transmission on Jun 11, 2008.
507964809   +E-mail/PDF: BankruptcyVerizonEast@afninet.com Jun 11 2008 00:48:59      Verizon - New Jersey,
              540 Broad Street,   Newark, NJ 07102-3178
                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
consult      BVA Consulting Group
507964804    Pittra G.B. International, Inc.
intp*       +E. Ross Browne,   27 Waterford Drive,   Montville, NJ 07045-9190
                                                                          TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2008**                    **Signature:** *Joseph Speetjens*