UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: KRELMAN, PAULETTE § Case No. 07-10121-DHS
§
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JEFFREY A. LESTER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $179,708.00 | Assets Exempt: $179,708.00 |
| Total Distribution to Claimants: $500,817.72 | Claims Discharged Without Payment: $6,144,274.40 |
| Total Expenses of Administration: $39,371.99 | |

3) Total gross receipts of $ 540,189.71 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $540,189.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 39,371.99 | 39,371.99 | 39,371.99 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 21,177,254.26 | 6,645,092.12 | 500,817.72 |
| TOTAL DISBURSEMENTS | $0.00 | $21,216,626.25 | $6,684,464.11 | $540,189.71 |

4) This case was originally filed under Chapter 7 on January 03, 2007. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2009    By: /s/JEFFREY A. LESTER
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| KRELMAN TRUST | 1229-000 | 540,000.00 |
| Interest Income | 1270-000 | 189.71 |
| **TOTAL GROSS RECEIPTS** | | **$540,189.71** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BVA CONSULTING GROUP | 3410-000 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| BRAVERMAN & LESTER | 3110-000 | N/A | 7,912.50 | 7,912.50 | 7,912.50 |
| JEFFREY A. LESTER | 2100-000 | N/A | 30,259.49 | 30,259.49 | 30,259.49 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 39,371.99 | 39,371.99 | 39,371.99 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Benjamin A. Stanziale, Jr., Trustee for PITTRA GB | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Jersey Central Power & Light | 7100-000 | N/A | 97.60 | 97.60 | 7.36 |
| Merrill Lynch Business | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Financial | 7100-000 | N/A | 13,150,461.57 | 4,035,716.92 | 304,158.09 |
| JPMorgan Chase Bank, N.A. | 7100-000 | N/A | 8,026,695.09 | 2,609,277.60 | 196,652.27 |
| E. Ross Browne | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 21,177,254.26 | 6,645,092.12 | 500,817.72 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-10121-DHS  
Case Name: KRELMAN, PAULETTE  

Period Ending: 09/01/09

Trustee: (520070) JEFFREY A. LESTER  
Filed (f) or Converted (c): 01/03/07 (f)  
§341(a) Meeting Date: 02/01/07  
Claims Bar Date: 05/15/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS | 58.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | IRA ACCOUNTS<br>    NOT PROPERTY OF ESTATE | 172,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | HOUSEHOLD PET | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | KRELMAN TRUST (u) | 0.00 | 525,000.00 | | 540,000.00 | FA |
| 9 | Excess Funds Received from Liquidation of Trust (u)<br>    Distribution Received from Liquidation of Krelman<br>Trust not due to Estate but Due to Krelman Trust<br>Fiduciary | 15,000.00 | 15,000.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 189.71 | FA |
| 10 | Assets    Totals (Excluding unknown values) | $194,708.00 | $540,000.00 | | $540,189.71 | $0.00 |

**Major Activities Affecting Case Closing:**

    FILE TFR

**Initial Projected Date Of Final Report (TFR):**    June 15, 2008    **Current Projected Date Of Final Report (TFR):**    December 2, 2008 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 07-10121-DHS
Case Name: KRELMAN, PAULETTE

Taxpayer ID #: 35-6788449
Period Ending: 09/01/09

Trustee: JEFFREY A. LESTER (520070)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: \*\*\*-\*\*\*\*\*49-65 - Money Market Account
Blanket Bond: $81,854,840.01 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/28/08 | | MORGAN STANLEY-PROSEEDS OF KRELMAN TRUST | PROECEEDS OF KRELMAN TRUST | | 369,078.89 | | 369,078.89 |
| | {9} | | NON-ESTATE ASSET: 15,000.00 COMMISSIONS DUE TO TRUSTEE OF KRELMAN TRUST | 1280-000 | | | 369,078.89 |
| | {8} | | PROCEEDS OF 354,078.89 KRELMAN TRUST IN PARTIAL SATISFACATION OF SETTLEMENT | 1229-000 | | | 369,078.89 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 10.10 | | 369,088.99 |
| 08/01/08 | {8} | MORGAN STANLEY-PROCEEDS OF KRELMAN TRUST-Surplus Distrib. | SUPPLEMENTAL PROECEEDS OF KRELMAN TRUST | 1229-000 | 199.81 | | 369,288.80 |
| 08/01/08 | 1001 {9} | ROBERT BOBROW | COMPENSATION PER AGREEMENT-NON ESTATE FUNDS | 1280-000 | -15,000.00 | | 354,288.80 |
| 08/06/08 | 1002 | Merrill Lynch Business Financial | INTERIM DISTRIBUTION PER CONSENT ORDER SETTLING OBJECTIONS | 7100-000 | | 172,122.76 | 182,166.04 |
| 08/06/08 | 1003 | JPMorgan Chase Bank, N.A. | INTERIM DISTRIBUTION PER CONSENT ORDER SETTLING OBJECTIONS | 7100-000 | | 111,300.19 | 70,865.85 |
| 08/12/08 | {8} | MORGAN STANLEY-PROCEEDS OF KRELMAN TRUST-Surplus Dist. | SUPPLEMENTAL PROECEEDS OF KRELMAN TRUST | 1229-000 | 103.99 | | 70,969.84 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 70.12 | | 71,039.96 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 31.12 | | 71,071.08 |
| 10/30/08 | {8} | POST, POLAK GOODSELL, MacNEILL & STRAUCHLER TRUST ACCT | BALANCE OF PROCEEDS OF SETTLEMENT FROM KRELMAN TRUST | 1229-000 | 185,617.31 | | 256,688.39 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 25.87 | | 256,714.26 |
| 11/14/08 | 1004 | Merrill Lynch Business Financial Services | 2ND INTERIM DISTRIBUTION PER CONSENT ORDER SETTLING OBJECTIONS Voided on 11/14/08 | 7100-000 | | 101,162.24 | 155,552.02 |
| 11/14/08 | 1004 | Merrill Lynch Business Financial Services | 2ND INTERIM DISTRIBUTION PER CONSENT ORDER SETTLING OBJECTIONS Voided: check issued on 11/14/08 | 7100-000 | | -101,162.24 | 256,714.26 |
| 11/14/08 | 1005 | JPMorgan Chase Bank, N.A. | 2ND INTERIM DISTRIBUTION PER CONSENT ORDER SETTLING OBJECTIONS Voided on 11/14/08 | 7100-000 | | 65,414.81 | 191,299.45 |
| 11/14/08 | 1005 | JPMorgan Chase Bank, N.A. | 2ND INTERIM DISTRIBUTION PER CONSENT ORDER SETTLING OBJECTIONS | 7100-000 | | -65,414.81 | 256,714.26 |

Subtotals: $540,137.21 $283,422.95

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-10121-DHS | | Trustee: | JEFFREY A. LESTER (520070) |
|---|---|---|---|---|
| Case Name: | KRELMAN, PAULETTE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*49-65 - Money Market Account |
| Taxpayer ID #: | 35-6788449 | | Blanket Bond: | $81,854,840.01 (per case limit) |
| Period Ending: | 09/01/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 11/14/08 | | | | |
| 11/26/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1000% | 1270-000 | 52.50 | | 256,766.76 |
| 11/26/08 | | To Account #\*\*\*\*\*\*\*\*4966 | TRANSFER IN ANTICIPATION OF CLOSING CASE | 9999-000 | | 256,766.76 | 0.00 |
| | | | ACCOUNT TOTALS | | 540,189.71 | 540,189.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 256,766.76 | |
| | | | Subtotal | | 540,189.71 | 283,422.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $540,189.71 | $283,422.95 | |

Exhibit 9
Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-10121-DHS | | Trustee: | JEFFREY A. LESTER (520070) |
|---|---|---|---|---|
| Case Name: | KRELMAN, PAULETTE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****49-66 - Checking Account |
| Taxpayer ID #: | 35-6788449 | | Blanket Bond: | $81,854,840.01 (per case limit) |
| Period Ending: | 09/01/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/26/08 | | From Account #********4965 | TRANSFER IN ANTICIPATION OF CLOSING CASE | 9999-000 | 256,766.76 | | 256,766.76 |
| 05/15/09 | 101 | BVA CONSULTING GROUP | Dividend paid 100.00% on $1,200.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,200.00 | 255,566.76 |
| 05/15/09 | 102 | BRAVERMAN & LESTER | Dividend paid 100.00% on $7,912.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,912.50 | 247,654.26 |
| 05/15/09 | 103 | JEFFREY A. LESTER | Dividend paid 100.00% on $30,259.49, Trustee Compensation; Reference: | 2100-000 | | 30,259.49 | 217,394.77 |
| 05/15/09 | 104 | Jersey Central Power & Light | Dividend paid 7.53% on $97.60; Claim# 2; Filed: $97.60; Reference: | 7100-000 | | 7.36 | 217,387.41 |
| 05/15/09 | 105 | Merrill Lynch Business Financial | Dividend paid 7.53% on $4,035,716.92; Claim# 3; Filed: $13,150,461.57; Reference: | 7100-000 | | 132,035.33 | 85,352.08 |
| 05/15/09 | 106 | JPMorgan Chase Bank, N.A. | Dividend paid 7.53% on $2,609,277.60; Claim# 4; Filed: $8,026,695.09; Reference: | 7100-000 | | 85,352.08 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 256,766.76 | 256,766.76 | $0.00 |
| Less: Bank Transfers | 256,766.76 | 0.00 | |
| Subtotal | 0.00 | 256,766.76 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $256,766.76 | |

| Net Receipts: | 540,189.71 |
|---|---|
| Net Estate: | $540,189.71 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****49-65 | 540,189.71 | 283,422.95 | 0.00 |
| Checking # ***-*****49-66 | 0.00 | 256,766.76 | 0.00 |
| | $540,189.71 | $540,189.71 | $0.00 |

{} Asset reference(s)